UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JAMES JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>A. Z. SCOTTLAND, et al.,<br><br>    Defendants. | No.  2:12-cv-00633 TLN DAD P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act (ADA).  Plaintiff has paid the filing fee.

The amended complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983, the ADA, and 28 U.S.C. § 1915A(b).  If plaintiff intends for the U.S. Marshal to serve process on defendants, plaintiff must submit an application for leave to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to provide plaintiff with the court's form application for leave to proceed in forma pauperis by a non-prisoner;

/////

/////

1

2.  Within twenty-one days from the date of this order, plaintiff shall file the application for leave to proceed in forma pauperis or advise the court that he intend to use other means of serving process on defendants; and

3.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  February 3, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
jone633.ifp