UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JAMES JONES, | No. 2:12-cv-00633 TLN DAD P |
| Plaintiff, | |
| v. | ORDER |
| A.Z. SCOTLAND, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner, is proceeding pro se with a civil rights action brought pursuant to 42 U.S.C. § 1983.  He also has alleged in his complaint a cause of action under the Americans with Disabilities Act (ADA).  On May 9, 2014, defendants Clark, Doane, Blackwell, Scotland, Ringler, Ruiz, Chambers, Wamble and McMasters filed their answer; however, no answer was filed on behalf of the California Department of Corrections and Rehabilitation (CDCR).  Court records show that the CDCR was served with process and that a waiver of service of summons was signed on April 14, 2014 by Deputy Attorney General Preeti Bajwa. (ECF No. 15 at 19.)

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, Deputy Attorney General Preeti Bajwa shall advise the court as to whether defendant

/////

/////

1

California Department of Corrections and Rehabilitation will join in the answer that was filed on May 9, 2014, or whether defendant will request an extension of time to file a late answer.

Dated: May 15, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
jone633.ans